# EXHIBIT A

**OPT-IN CONSENT FORM**
*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Edgar Diaz (Please Print) | Date of Birth: ▮ |
|---|---|
| Address: ▮ | Phone No. 1: ▮ Phone No. 2: ▮ E-mail Address: ▮ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) May 2019 to approximately (month, year) March 2020.
   Please list all states worked California

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/6/2020 (Date Signed) | DocuSigned by: *Edgar Diaz* 1DC467D0AF51464... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**