# EXHIBIT C

DocuSign Envelope ID: 8AE4E8BD-C750-4974-AB10-77BC1CD5B9F6

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: _____ Bienvenido Justin Candelaria III (Please Print) | Date of Birth: ▇▇▇▇ |
|---|---|
| Address: ▇▇▇▇▇▇▇▇ ▇▇▇▇ | Phone No. 1: ▇▇▇▇▇▇ <br> Phone No. 2: <br> E-mail Address ▇▇▇▇▇▇▇ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 05/17/2019 _____ to approximately (month, year) 05/07/2020 _____.
Please list all states worked CA _____

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| _____ 5/7/2020 _____ (Date Signed) | DocuSigned by: _____ 9F37E987D55341C... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 7E41BCF5-4EE4-44E2-96BC-1F617C5EFED4

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Lawrence Martin Castro (Please Print) | Date of Birth: ██████ |
|---|---|
| Address ████████████ ████████ | Phone No. 1: ████████ Phone No. 2: E-mail Address ████████████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201,** *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 04/2019 _____ to approximately (month, year) 06/2019 _____.
   Please list all states worked California _____

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/11/2020 (Date Signed) | DocuSigned by: *[signature]* 5EDE233FC7D84ED... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: C8AE108C-CD68-4E42-A214-3585E62A01B8

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Michael D King Jr (Please Print) | Date of Birth: ███ |
|---|---|
| Address: ███ | Phone No. 1: ███ <br> Phone No. 2: <br> E-mail Address ███ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for TAK as a Technician from approximately (month, year) 01/2016 to approximately (month, year) Present . Please list all states worked California

3.  I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 4/28/2020 (Date Signed) | DocuSigned by: *[signature]* 7FE55A7C2D5D441... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: AB1803A4-9D97-451B-9B0F-9D3F51CD40A8

## OPT-IN CONSENT FORM
### *Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: KENT DEE LIM (Please Print) | Date of Birth: ███████ |
|---|---|
| Address: ███████ | Phone No. 1 ███████ <br> Phone No. 2 ███████ <br> E-mail Address ███████ |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) June 1/2019 to approximately (month, year) Present . Please list all states worked State- CA

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/11/2020 (Date Signed) | DocuSigned by: ⟨signature⟩ 065E0B7720A844D... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 99AA6586-06CF-406D-8EEB-583F9EE61645

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Alex Manriquez III _____ (Please Print) | Date of Birth: █████ |
|---|---|
| Address: ████████ | Phone No. 1: ████████ <br> Phone No. 2: <br> E-mail Address: ████████████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) May 5 2019 _____ to approximately (month, year) Present _____.
Please list all states worked California _____

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/11/2020 _____ (Date Signed) | DocuSigned by: [signature] <br> 05B00BFEC10F4C7... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: AB155ED1-CBF2-43B6-95D3-34790605CB31

### OPT-IN CONSENT FORM

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name:  JUSTIN S QARQAT  (Please Print) | Date of Birth: ■■■■ |
|---|---|
| Address: ■■■■■■ | Phone No. 1: ■■■■■  Phone No. 2:  E-mail Address: ■■■■■ |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 06/2019 _____ to approximately (month, year) 09/2019 _____.
   Please list all states worked California _____

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 4/28/2020      (Date Signed) | DocuSigned by:  JUSTIN S QARQAT  17654B32708B427...    (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 463CFFC4-D161-42E7-BAB2-5E37F109F1F5

## OPT-IN CONSENT FORM

### *Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Christofer Sanchez Quiroz (Please Print) | Date of Birth: ██████ |
|---|---|
| Address: ██████ | Phone No. 1: ██████<br>Phone No. 2: ██████<br>E-mail Address: ██████ |

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) present to approximately (month, year) 05/6/2019.
   Please list all states worked State

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/9/2020 (Date Signed) | DocuSigned by: ██████ 86EEC52883DE462... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: C9EA08B8-C8EE-441B-98F5-4F943E7ED560

**OPT-IN CONSENT FORM**
*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Daniel sanchez (Please Print) | Date of Birth: ▮▮▮▮▮ |
|---|---|
| Address: ▮▮▮▮▮ | Phone No. 1: ▮▮▮▮▮ <br> Phone No. 2: ▮▮▮▮▮ <br> E-mail Address: ▮▮▮▮▮ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 6/01/2019 to approximately (month, year) Current .
   Please list all states worked California

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 4/28/2020 (Date Signed) | DocuSigned by: [signature] A4C11D0B2767475... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 3D359970-2E77-4E85-AB55-71B89FBBFCD6

**OPT-IN CONSENT FORM**
*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Christopher Silva _____ (Please Print) | Date of Birth: ███████ |
|---|---|
| Address: ████████ | Phone No. 1 ███████<br>Phone No. 2<br>E-mail Address: █████████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 6/2019 _____ to approximately (month, year) Present _____ . Please list all states worked California _____

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 4/28/2020 _____ (Date Signed) | DocuSigned by: _____ C7FF075158914D0... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: William Thomas (Please Print) | Date of Birth: ██████ |
|---|---|
| Address: ██████ | Phone No. 1: ██████<br>Phone No. 2:<br>E-mail Address ██████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 05/19 _____ to approximately (month, year) 02/20 _____.
Please list all states worked California _____

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/11/2020 (Date Signed) | DocuSigned by: W M██ 3ABD8CA881204E7... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 67CB6DD0-7BC9-47EC-AC5D-821F86C52F36

DocuSign Envelope ID: F5BDB2BC-6A67-49E8-91F0-518CC8ED1644

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: |  | Date of Birth: |
|---|---|---|
| Lonnie Williams | (Please Print) | Date of Birth |
| Address: ███████████ |  | Phone No. 1: ████████<br>Phone No. 2: ████████████<br>E-mail Address: ███████████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 13 _____ to approximately (month, year) 5/17/2019 _____.
Please list all states worked State Ca _____

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*.  I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/7/2020 (Date Signed) | DocuSigned by:<br>*Lonnie Williams*<br>914758EA348449F... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: C1DD5BDA-AF76-4FB8-B5D2-31FBA4F4236F

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: | | Date of Birth: |
|---|---|---|
| _____ Jesús Manuel Molina Soto _____ (Please Print) | | ██████ |
| Address: ██████ ██████ | | Phone No. 1: ██████ |
| | | Phone No. 2: |
| | | E-mail Address ██████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for TAK as a Technician from approximately (month, year) May 2019 _____ to approximately (month, year) June 2019 _____.
    Please list all states worked California _____

3.  I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| _____ 5/1/2020 _____ (Date Signed) | DocuSigned by: [signature] 2599D5AD18BC429... (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| | |
|---|---|
| Name: _____ Lao yang _____ (Please Print) | Date of Birth: ██████ |
| Address: ████████ ████████ | Phone No. 1: ████████ <br> Phone No. 2: <br> E-mail Address ████████████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 5/2019_____to approximately (month, year) __Present_____. Please list all states worked __Ca_____

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| | |
|---|---|
| _____5/12/2020_____ (Date Signed) | DocuSigned by: *Lao Yang* <br> 123ACA8B406C492... (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 762C3A91-35C8-4608-B808-A2D889B9C657

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Anthony singh _____ (Please Print) | Date of Birth: ███████ |
|---|---|
| Address: ████████████ ████████ | Phone No. 1: ████████ Phone No. 2: 2 E-mail Address ██████████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for TAK as a Technician from approximately (month, year) June 6 2019 _____ to approximately (month, year) Current _____.
    Please list all states worked California _____

3.  I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/12/2020 _____ (Date Signed) | DocuSigned by: *[signature]* 36EF259172BF470 (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: B4F9603E-9277-4F76-8AE5-2E9D039C40A8

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: |  |  | Date of Birth: |  |
|---|---|---|---|---|
| SANG NGUYEN | (Please Print) | | Date of Birth | |
| Address: ██████ | | | Phone No. 1: ██████ | |
| ██████ | | | Phone No. 2: | |
| | | | E-mail Address:██████ | |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for TAK as a Technician from approximately (month, year) 05/2019_____to approximately (month, year) _Present_____.
    Please list all states worked _Ca_____

3.  I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/12/2020 | (Date Signed) | DocuSigned by: *SANG NGUYEN* 8930B0724AE14FD... | (Signature) |
|---|---|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 7F361E99-29FC-4C18-BBC6-4439C49451F2

## OPT-IN CONSENT FORM

### *Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Liem Tran (Please Print) | Date of Birth: ■■■ |
|---|---|
| Address: ■■■ ■■■ | Phone No. 1: ■■■<br>Phone No. 2:<br>E-mail Address ■■■ |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 1/2018 to approximately (month, year) 4/2020.
   Please list all states worked California

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/13/2020 (Date Signed) | DocuSigned by: [signature] 2F4A95A2D2F847F... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Shaun Quipp _____ (Please Print) | Date of Birth: ███ |
|---|---|
| Address: ███ ███ | Phone No. 1: ███ <br> Phone No. 2: ███ 3 <br> E-mail Address ███ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for TAK as a Technician from approximately (month, year) June 2019 _____ to approximately (month, year) __Present_____.
    Please list all states worked __California_____

3.  I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/14/2020 _____ (Date Signed) | DocuSigned by: <br> _[signature]_ <br> 106FB3B7C3D34E0... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 8C9DE913-012C-476B-98E2-6D94F05AE19E

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

### Complete And Submit To:

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Alfredo gomez diaz (Please Print) | Date of Birth: ██████ |
|---|---|
| Address: ██████ ██████ | Phone No. 1: ██████ <br> Phone No. 2: <br> E-mail Address ██████ |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201,** *et seq.*

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 04/15/2019 to approximately (month, year) 04/08/2020.
Please list all states worked California and Arizona

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/14/2020 (Date Signed) | DocuSigned by: [signature] C39CADCCF3524FD... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Robert Serrato (Please Print) | Date of Birth: ████ |
|---|---|
| Address: ████ ████ | Phone No. 1: ████ <br> Phone No. 2: <br> E-mail Address: ████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.   I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.   I have worked for TAK as a Technician from approximately (month, year) 03/19 to approximately (month, year) 03/20 .
     Please list all states worked California, Arizona

3.   I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.   I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/14/2020 (Date Signed) | DocuSigned by: *Robert Serrato* A8576BB1E93E43B... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Matthew Lee _____ (Please Print) | Date of Birth: ▬▬▬ |
|---|---|
| Address: ▬▬▬▬ ▬▬▬ | Phone No. 1: ▬▬▬ Phone No. 2: ▬▬▬ E-mail Address ▬▬▬▬ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) May 2019 _____ to approximately (month, year) February 2020 _____.
   Please list all states worked California _____

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/15/2020 _____ (Date Signed) | DocuSigned by: _____ 56713AFE47EC435... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 900FC11C-A52C-43F8-9E89-977A98D1C541

**OPT-IN CONSENT FORM**
*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

### Complete And Submit To:

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Daniel Alvarez _____ (Please Print) | Date of Birth: ██████ |
|---|---|
| Address: ██████ ██████ | Phone No. 1: ██████ Phone No. 2: ██████ E-mail Address ██████ |

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) July 2, 2019 _____ to approximately (month, year) __present_____.
Please list all states worked __CA_____

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/16/2020 _____ (Date Signed) | DocuSigned by: [signature] 6737049330E343C... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 5DAA8452-D163-44E0-8B14-E5300160003D

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Israel Martinez (Please Print) | Date of Birth: ■■■ |
|---|---|
| Address: ■■■■■■ | Phone No. 1: ■■■■■ |
| | Phone No. 2: ■■■■ |
| | E-mail Address ■■■■■■■ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) July, 2019 to approximately (month, year) Present.
Please list all states worked California

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/17/2020 (Date Signed) | DocuSigned by: ⎰⎰⎰ 6B16F4AED4A04E2... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: 8DFDAFAD-027F-46BE-AD78-12B42D201C84

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: _____ Xai Thao _____ (Please Print) | Date of Birth: ███████ |
|---|---|
| Address: ███████████ ███████████ | Phone No. 1: ███████████ Phone No. 2: ███████████ E-mail Address ███████████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1.  I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2.  I have worked for TAK as a Technician from approximately (month, year) May 2019 _____ to approximately (month, year) May 2020 _____.
    Please list all states worked  California _____

3.  I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4.  I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| _____ 5/18/2020 _____ (Date Signed) | DocuSigned by: _Xai_____ 51CB1672EED04D1... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

DocuSign Envelope ID: E0F58686-145E-4E8B-9359-5516FC79446E

**OPT-IN CONSENT FORM**

*Edgar Diaz v. TAK Communications CA, Inc., TAK Communications, Inc. (TAK)*

**Complete And Submit To:**

Carolyn Hunt Cottrell, Esq.
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

OR

Sarah R. Schalman-Bergen
BERGER MONTAGUE PC
1818 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103

| Name: Jaime Quinonez-Romero (Please Print) | Date of Birth: ███████ |
|---|---|
| Address: ███████ | Phone No. 1: ███████ Phone No. 2: E-mail Address: ███████ |

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.***

1. I consent and agree to pursue my claims relating to and arising from Defendant TAK Communications CA, Inc., TAK Communications, Inc. (TAK) alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* in connection with the above-referenced litigation.

2. I have worked for TAK as a Technician from approximately (month, year) 06012019 to approximately (month, year) now. Please list all states worked California

3. I understand that this litigation has been filed as a proposed collective action under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize my attorneys, Schneider Wallace Cottrell Konecky Wotkyns and Berger Montague to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 5/18/2020 (Date Signed) | DocuSigned by: [signature] 286DFF9976844FD... (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**