Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

Sarah R. Schalman-Bergen (to be admitted *pro hac vice*)
Stacy Savett (to be admitted *pro hac vice*)
Shoshana Savett (to be admitted *pro hac vice*)
Krysten Connon (to be admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Attorneys for Plaintiffs, the Collective,
and putative Classes

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR DIAZ and JOE TRIGO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TAK COMMUNICATIONS CA, INC.; and TAK COMMUNICATIONS, INC.<br><br>Defendants. | Case No. 2:20-cv-1007-MCE-KJN<br><br>**NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION** |

## NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs Edgar Diaz and Joe Trigo, on behalf of themselves and all persons similarly situated, hereby file the following Opt-In Consent to Join Collective Action Forms submitted herewith as Exhibits 1 through 9, pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*.

### CONSENTS TO JOIN COLLECTIVE ACTION

| EXHIBIT NUMBER | NAME | OPT-IN NUMBER |
|---|---|---|
| 1 | Kee Theng Sang Her | 32 |
| 2 | John Vue | 33 |
| 3 | Thang Trinh | 34 |
| 4 | Cory Powell | 35 |
| 5 | Michael Harris | 36 |
| 6 | Jimmy Precella III | 37 |
| 7 | Charles Dismuke | 38 |
| 8 | Terrance Johnson | 39 |
| 9 | Christopher Garrett | 40 |

Date: June 16, 2020        Respectfully submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell
Ori Edelstein
Michelle S. Lim
SCHNEIDER WALLACE
COTTRELL KONECKY LLP

Sarah R. Schalman-Bergen (*pro hac vice* to be submitted)
Stacy Savett (*pro hac vice* to be submitted)
Shoshana Savett (*pro hac vice* to be submitted)
Krysten Connon (*pro hac vice* to be submitted)
BERGER MONTAGUE PC

Attorneys for Plaintiffs, the Collective,
and putative Class

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                   */s/ Carolyn Cottrell*
                                                   Carolyn H. Cottrell